SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN:168129)
560 Mission Street, Suite 3100
San Francisco, California 94111
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY,
Also improperly sued as "AMERICAN ZURICH INSURANCE COMPANY,"
and "ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS"

Richard Sax, Esq. (SBN: 80632)
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone:  (707) 525-1824
Facsimile:  (707) 525-8119

Attorney for Plaintiff
DONN KOLBECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN KOLBECK,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>    Defendants. | Case No. CV 08 5074 PJH<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff DONN KOLBECK and

Defendants ZURICH AMERICAN INSURANCE COMPANY, also improperly sued as

"AMERICAN ZURICH INSURANCE COMPANY," and "ZURICH AMERICAN

STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
Case No. CV 08-05074 PJH

1  INSURANCE COMPANY OF ILLINOIS," through their respective counsel of record, that
2  Plaintiff's entire complaint and all causes of action are dismissed without prejudice. Each party
3  will bear its own attorneys' fees and costs of suit.

DATED:  March 13, 2009           LAW OFFICES OF RICHARD SAX

By_____
　　　　Richard Sax
　　Attorneys for Plaintiff
　　DONN KOLBECK

DATED:  March 13, 2009           SEYFARTH SHAW LLP

By_____
　　Kathleen Cahill Slaught
　　Attorneys for Defendants
　ZURICH AMERICAN INSURANCE COMPANY,
　also improperly sued as "AMERICAN ZURICH
　INSURANCE COMPANY," and "ZURICH
　AMERICAN INSURANCE COMPANY OF
　　　　　　ILLINOIS"

**ORDER**

IT IS SO ORDERED.

DATED: 3/16/09

_____
United S[tates District Judge]

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

2
SITPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
Case No. CV 08-05074 PJH

SF1 28349857.1 / 25616-000023

INSURANCE COMPANY OF ILLINOIS," through their respective counsel of record, that Plaintiff's entire complaint and all causes of action are dismissed without prejudice. Each party will bear its own attorneys' fees and costs of suit.

DATED: March 13, 2009     LAW OFFICES OF RICHARD SAX

By _____
      Richard Sax
      Attorneys for Plaintiff
      DONN KOLBECK

DATED: March 13, 2009     SEYFARTH SHAW LLP

By _____
      Kathleen Cahill Slaught
      Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY, also improperly sued as "AMERICAN ZURICH INSURANCE COMPANY," and "ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS"

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____
      United States District Court Judge